unpublished per curiam opinion.

[No. 5510–II. Division Two. June 16, 1981.]

*In the Matter of the Personal Restraint of*
CARL R. INGALSBE, *Petitioner.*

Appeal from a judgment of the Superior Court for Thurston County, No. C–5780, Robert J. Doran, J., entered November 22, 1976. *Remanded with instructions* by unpublished per curiam opinion.

[No. 5362–II. Division Two. June 16, 1981.]

*In the Matter of the Personal Restraint of*
ROBERT LESLIE FEAGIN, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 56543, Thomas R. Sauriol, J., entered February 5, 1980. *Remanded with instructions* by unpublished per curiam opinion.

[No. 3847–5–III. Division Three. June 16, 1981.]

ARTHUR W. REIDER, ET AL, *Respondents,* v. RUBY M. KRONE, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 11862, Fred Van Sickle, J., entered February 26, 1980. *Affirmed in part* and *reversed* as to attorney fees by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.